**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR<br><br>*Defendant*. | Civil Action No. 24-0709 |

**PLAINTIFF'S NOTICE AS TO SUMMONSES**

Plaintiff Americans for Prosperity Foundation ("AFPF") respectfully submits this notice as to its request for a summons to issue against Defendant U.S. Department of the Interior. *See* ECF Nos. 3–5.

This case arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The FOIA directs that, "[n]otwithstanding any other provision of law, the defendant"—or, by extension, defendants—"shall serve an answer or otherwise plead to any complaint made under this subsection *within thirty days after service* . . . unless the court otherwise directs for good cause show." *Id.* § 552(a)(4)(C) (emphasis added).

The standard "Summons in a Civil Action" form (AO 440) does not provide for this accelerated period for the filing of an answer or otherwise responsive pleading. Undersigned counsel for AFPF has modified the FOIA summons template published by the U.S. District Court for the District of Columbia, filed that modified form in this case, and now files the instant notice to explain the form's modification in light of the FOIA.

Dated: April 30, 2024

Respectfully submitted,

*/s/ Ryan P. Mulvey*
Ryan P. Mulvey
Virginia State Bar ID No. 95206

AMERICANS FOR PROSPERITY FOUNDATION
4201 Wilson Boulevard, Suite 1000
Arlington, VA 22203
Telephone: (571) 444-2841
rmulvey@afphq.org

*Counsel for Plaintiff AFPF*